IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHELBY RODEN LLC, | : |
| Plaintiff, | : |
| vs. | :    CA 22-00180-KD-MU |
| WILLIAM G. HORTON, et al., | : |
| Defendants. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated October 26, 2022 (doc. 15) is **ADOPTED** as the opinion of this Court.

Accordingly, Defendant State Farm Automobile Insurance Company's motion to dismiss Counts II-III of Plaintiff's Amended Complaint (Doc. 13; *compare id. with* Docs. 6 & 10) is **GRANTED**.

Plaintiff's negligence and wantonness claims asserted against State Farm are **DISMISSED WITH PREJUDICE** and State Farm is terminated from this action.

**DONE and ORDERED** this the 16th day of November 2022.

                                      s/ Kristi K. DuBose
                                      KRISTI K. DuBOSE
                                      UNITED STATES DISTRICT JUDGE